**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CIVIL ACTION NO. 6:17-cv-00035-KKC**
*Filed Electronically*

**In re: 161 Shields Lane, London, Kentucky 40744**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS.  **ORDER** | |
| JOHN R. BAILEY, ET AL | DEFENDANTS |

This matter having come before the Court upon the Plaintiff's Motion for Disbursement of Sale Proceeds from the sale of the real property which is the subject of this mortgage foreclosure action, and the Court having considered the Motion and being otherwise sufficiently advised, and it appearing that the Plaintiff, the United States of America, is entitled to receive all of the sale proceeds, for cause shown it is

**ORDERED, ADJUDGED and DECREED herein as follows:**

1. The Plaintiff's motion is hereby GRANTED.

2. The United States Marshal for the Eastern District of Kentucky, or its authorized designee, is hereby ordered to disburse the sum of $15,411.00, now in the Marshal's hands, to the United States of America, acting for and on behalf of its Department of Agriculture, Rural Development, representing the proceeds of the foreclosure sale held in satisfaction of the Judgment in favor of the Plaintiff entered by the Court on December 1, 2017.